**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21697-CIV-ALTONAGA**

**VENANCIO ALEJANDRO PONCE TREJO**,

　　Petitioner,

v.

**CHARLES PARRA, ASSISTANT FIELD
OFFICE DIRECTOR, KROME NORTH
SERVICE PROCESSING CENTER**, *et al.*,

　　Respondents.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court on Respondent, the United States Immigration and Customs Enforcement's Motion to Dismiss or Transfer Action [ECF No. 4], filed on March 16, 2026.  Respondent asserts that Petitioner, Venancio Alejandro Ponce Trejo's detention records reflect that he has not been detained in this District at any relevant time.  (*See generally* Mot; *see also id.*, Ex. 1, Detention History [ECF No. 4-1]).  According to Respondent, "Petitioner opposes the relief requested herein."  (*Id.* 4).[1]  Given that Petitioner has asked the Court to require Defendants to show cause why his "Petition should not be granted within three days[,]" (Pet. 13 (alteration added)), it is

**ORDERED** that Petitioner, Venancio Alejandro Ponce Trejo shall file an expedited response to the Motion **[ECF No. 4]** on or before Thursday, **March 19, 2026**.  Defendants have until **March 20, 2026** to file a reply.  The March 16, 2026, Order **[ECF No. 5]** is **SET ASIDE** pending the Court's determination on Respondent's Motion.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 26-21697-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 16th day of March, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2